UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL CARIEGA, *et al.*, | Case No. 3:16-cv-00562-MMD-WGC |
| Plaintiffs, | **MINUTES OF PROCEEDINGS** |
| vs. | |
| | October 24, 2017 |
| CITY OF RENO, *et al.*, | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>  Katie Lynn Ogden  </u>  REPORTER: <u>        FTR        </u>

COUNSEL FOR PLAINTIFFS: <u> Bradley Van Ry (telephonically) </u>

COUNSEL FOR DEFENDANTS: <u> William Cooper (present) </u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

1:32 p.m.  Court convenes.

    The court holds today's conference to address plaintiffs' motion for leave to file amended scheduling order and to compel initial disclosures (ECF No. 47).

    The court first advises Mr. Van Ry that the local rules provide for each type of relief requested or purpose of the document, a separate document must be filed and a separate event within the electronic filing system must be selected for each document (*see* LR IC 2-2(b)).

    The court further elaborates on the meet and confer obligation when a motion to compel is filed.  The court finds that plaintiffs' counsel did not adequately comply with the local rules regarding the meet and confer obligation, but nevertheless the court will entertain plaintiffs' instant motion.

    In view of the representation that the City of Reno has provided plaintiffs with initial disclosures in compliance with FRCP 26(a)(1)(D), plaintiffs' motion to compel additional initial disclosures (component of ECF No. 47) is **DENIED**.

///

      The court and counsel next discuss plaintiffs' motion for leave to file amended scheduling order.

      Mr. Cooper agrees to verify that Ms. Cariega's file, in its entirety, has been produced to Mr. Van Ry. Furthermore and to the extent such documents exist, Mr. Cooper agrees to provide the plaintiffs any polices, practices, and/or customs for issuing and quashing bench warrants between the dates of July 26, 2009 through 2014. Mr. Cooper states he will produce the documents, if any, no later than **Friday, 11/3/2017**.

      In view of the today's discussions and Mr. Cooper's cooperation to provide any outstanding documentation related policies and procedures (if any exist), IT IS ORDERED that plaintiffs' request to amend the scheduling order (component of ECF No. 47) is **DENIED without prejudice**.

      IT IS FURTHER ORDERED that the scheduling order (ECF No. 14) is **VACATED**.

      The court schedules a discovery status conference for **Wednesday, 12/6/2017, at 1:30 p.m.**, in Reno Courtroom 2 before Magistrate Judge Cobb. Counsel wishing to appear telephonically shall dial **1-877-873-8017**, enter the access code **3416460,** and enter the security code **12617** approximately five (5) minutes prior to the hearing.

      The parties are instructed to file a report on or before **Thursday, 11/30/2017**, identifying any outstanding discovery topics or disputes and whether there are any deadlines that need to be addressed.

      The court encourages counsel to arrange a meet and confer conference to discuss the case prior to the next hearing.

      There being no additional matters to address at this time, court adjourns at 1:58 p.m.

      DEBRA K. KEMPI, CLERK OF COURT

      By: _____/s/_____
      Katie Lynn Ogden, Deputy Clerk